LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
MARIA F. GARCIA BALDIZZONE, Esq. SBN 367907
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA VELEZ<br><br>Plaintiff(s), | CASE NUMBER<br>2:26-cv-05634-FMO-MBK |
| United States of America; United States Department of Homeland Security; United States Immigration and Customs Enforcement; United States Customs and Border Protection; and DOES 1 through 20, inclusive,<br>Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

G The Counterclaim brought by Claimant(s) ____________________ is dismissed by Claimant(s) in its entirety.

G The Cross-Claim brought by Claimants(s) ____________________ is dismissed by the Claimant(s) in its entirety.

G The Third-party Claim brought by Claimant(s) ____________________ is dismissed by the Claimant(s) in its entirety.

G **ONLY** Defendant(s) ____________________

is/are dismissed from (*check one*) G Complaint, G Counterclaim, G Cross-claim, G Third-Party Claim brought by ____________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

7/31/2026
*Date*

[signature]
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***